## **SPECIAL CONDITIONS OF RELEASE**

Re: Kartan, Satish
No.: 2:16-MJ-00187-KJN
Date:October 21, 2016

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. You shall cooperate in the collection of a DNA sample;

5. Your travel is restricted to Eastern District of California unless otherwise approved in advance by the pretrial services officer;

6. You shall surrender all passports, whether valid or expired, to the Clerk, U. S. District Court, and obtain no passport during the pendency of this case;

7. You shall not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control;

8. You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;

9. The defendant shall not directly or indirectly recruit, solicit, hire, employ, or otherwise seek the paid or volunteer labor or services of another person who is not a relative by blood, for the purpose of providing domestic labor or services of any kind (*e.g.*, housework, cleaning, cooking) or in-home child care services of any kind (*e.g.*, daycare, nanny services).

10. The defendant shall not directly or indirectly contact or attempt to contact by any means (*e.g.*, telephone, text message, WhatsApp chat, online post, social media post or messaging) any person who formerly provided domestic labor or services of any kind or in-home child care services for either or both of the defendants.

11. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used; and

12. You shall report any contact with law enforcement to your pretrial services officer within 24 hours.

13. You shall participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You shall pay all or part of

    the costs of the program based upon your ability to pay, as determined by the pretrial services officer;

14. **CURFEW:** You shall remain inside your residence every day from 8:00 PM to 8:00 AM, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.