UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
October 21, 2016
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SATISH KARTAN,

    Defendant.

Case No. 2:16-mj-00187-01-KJN

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  SATISH KARTAN ,

Case No. 2:16-mj-00187-01-KJN  Charge 13 U.S.C. § 371 , from custody for the following reasons:

    \_\_\_\_\_ Release on Personal Recognizance

    \_\_\_\_\_ Bail Posted in the Sum of $ _____

    __X__ Unsecured Appearance Bond $  150,000

    \_\_\_\_\_ Appearance Bond with 10% Deposit  *cosigned w/ brother*

    \_\_\_\_\_ Appearance Bond with Surety

    \_\_\_\_\_ Corporate Surety Bail Bond

    __X__ (Other): Under the terms and conditions as stated on the record.

Issued at Sacramento, California on October 21, 2016 at  3:10 pm .

By: *[signature]*

Magistrate Judge Carolyn K. Delaney